UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Peter G. Sheridan |
| v. | : Crim. No. 10-860 (PGS) |
| DANIEL VERDIA, JAYE MILLER, and CRYSTAL PALING | : ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant U.S. Attorney), and defendants Daniel Verdia (by Thomas Ashley, Esq.), Jaye Miller (by Michael Koribanics, Esq.), and Crystal Paling (by Anthony Colasanti, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each of the defendants being aware that s/he has a right to have the matter brought to trial within 70 days of the date of his or her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendants have requested additional time to review discovery provided by the United States and to prepare for trial;

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of February, 2011.

IT IS ORDERED that defense motions shall be filed by April 4, 2011, the government's reply shall by filed by April 18, 2011, the argument of the motions is scheduled for April 26, 2011, and the trial is scheduled for May 16, 2011, and;

IT IS FURTHER ORDERED that the period from February 18, 2011, through May 16, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Charlton A. Rugg
Assistant U.S. Attorney

_____
Thomas Ashley, Esq.
Counsel for defendant Daniel Verdia

_____
Michael Koribanics, Esq.
Counsel for defendant Jaye Miller

_____
Anthony Colasanti, Esq.
Counsel for defendant Crystal Paling

WHEREFORE, on this     day of February, 2011,

IT IS ORDERED that defense motions shall be filed by April 4, 2011, the government's reply shall by filed by April 18, 2011, the argument of the motions is scheduled for April 26, 2011, and the trial is scheduled for May 16, 2011, and;

IT IS FURTHER ORDERED that the period from February 18, 2011, through May 16, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Charlton A. Rugg
Assistant U.S. Attorney

_____
Thomas Ashley, Esq.
Counsel for defendant Daniel Verdia

_____
Michael Koribanics, Esq.
Counsel for defendant Jaye Miller

_____
Anthony Colasanti, Esq.
Counsel for defendant Crystal Paling

WHEREFORE, on this ____ day of February, 2011,

IT IS ORDERED that defense motions shall be filed by April 4, 2011, the government's reply shall by filed by April 18, 2011, the argument of the motions is scheduled for April 26, 2011, and the trial is scheduled for May 16, 2011, and;

IT IS FURTHER ORDERED that the period from February 18, 2011, through May 16, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Charlton A. Rugg
Assistant U.S. Attorney

_____
Thomas Ashley, Esq.
Counsel for defendant Daniel Verdia

_____
Michael Koribanics, Esq.
Counsel for defendant Jaye Miller

_____
Anthony Colasanti, Esq.
Counsel for defendant Crystal Paling